UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.    Case No.:    5:25-cv-504-SPC-PRL

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Petitioner Michael LoRusso is a serial litigant who has filed multitudinous actions throughout the Middle and Northern Districts of Florida. He has initiated yet another purported habeas corpus petition now pending before the Court.

Under the Rules Governing § 2254 Cases,[1] the Court must promptly examine a habeas petition, and "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rules Governing Habeas Cases, Rule 4. Federal district courts have a duty "to screen out frivolous applications and eliminate the burden that

---

[1] These rules are applicable to habeas petitions filed under 28 U.S.C. § 2241. *See* Rules Governing § 2254 Cases, Rule 1(b).

would be placed on the respondent by ordering an unnecessary answer." *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d 649, 654 (11th Cir. 2020) (quoting Rules Governing § 2254 Cases, R. 4 advisory committee notes).

LoRusso currently has multiple habeas actions pending in different courts.[2] At least one pending action is against the Florida Department of Corrections. *See LoRusso*, No. 8:22-cv-2258-MSS-TGW. LoRusso cannot proceed with the same action simultaneously in different cases. The instant petition is therefore duplicative and must be dismissed without prejudice. *See I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (explaining "the general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions" and federal trial courts have broad discretion to dismiss duplicative litigation to avoid wasting judicial resources).

Accordingly, it is now

**ORDERED:**

1. The above-captioned action is **DISMISSED without prejudice** as duplicative.

---

[2] *See, e.g., LoRusso v. Gualtieri*, No. 5:24-cv-705-KKM-PRL (M.D. Fla.); *LoRusso v. Sec'y, Fla. Dep't of Corr.*, No. 8:22-cv-2258-MSS-TGW (M.D. Fla.); *Lorusso v. Bautlett*, No. 1:25-cv-147 (N.D. Fla.); *LoRusso v. Sec'y, Fla. Dep't of Children & Families*, No. 1:25-cv-108 (N.D. Fla.); *LoRusso v. Sec'y, Fla. Dep't of Children & Families*, No. 1:25-cv-105 (N.D. Fla.).

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close these cases.

**DONE AND ORDERED** in Fort Myers, Florida on September 12, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   OCAP-2
Copies: Petitioner